FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2007 MAR 21  PM 3: 08

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

OLD DOMINION INSURANCE COMPANY
as subrogee of THRIFT LAND DEVELOPMENT, INC.,

Plaintiff,

v.                                          Case No.: 3:06-cv-566-J-20TEM

LOUISIANA TRANSPORTATION, INC.,
and ROBERTO DELGADILLO,

Defendants.

## ORDER

Before the Court is Defendant's Motion to Dismiss Plaintiff's Second Amended Complaint. (Doc. No. 14, filed October 27, 2006.) After the Defendant filed its Motion, the Plaintiff filed a Motion for Extension of Time to File an Opposition, which was assented to by the Defendant. (Doc. No. 15, filed November 29, 2006.) The Court struck the Motion for Extension because it came to the Court's attention that Plaintiff's counsel, Kevin Hackett O'Neill, Esq., was not an attorney in good standing with this Court. (Doc. No. 16, entered November 30, 2006.) The Order stated that Mr. Hackett had fourteen (14) days from the date of the Order to seek reinstatement. The Clerk's Office has informed the Court that Mr. O'Neill did in fact send in a check to pay the reinstatement fee, along with the first page of the required application, however, the Clerk's Office rejected the application because it was incomplete, and returned the check. Mr. O'Neill has made no further attempt to become reinstated in this District. Because of Plaintiff's counsel's failure to abide by an Order of this Court, it is accordingly

**ORDERED, DECREED, AND ADJUDGED**

(1) Defendant's Motion to Dismiss Plaintiff's Second Complaint is **GRANTED WITHOUT PREJUDICE.**

(2) Plaintiff shall have eleven (11) days from the date of this Order to file an Amended Complaint.

(3) If Mr. O'Neill files the Complaint, he must submit an affidavit stating that he has made a good faith effort to become reinstated as an attorney in good standing in this district, along with a copy of his completed application and payment.

**DONE AND ENTERED** at Jacksonville, Florida, this 26th day of March, 2007.

HARVEY E. SCHLESINGER
United States District Judge

**Copies to:**
Kevin Hackett O'Neill, Esq.
Edward J. Comey, Esq.
Ernest Joseph Marquart, Esq.